United States District Court
Eastern District of Michigan

THEODORA R. BROWN,                          Case Number 06-1193

                        Plaintiff(s),       District Judge JOHN CORBETT
                                            O'MEARA

v.                                          Magistrate Judge MORGAN

DTE,

                        Defendant(s).

_____/

## ORDER DENYING PLAINTIFF'S  APPLICATION
## FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE

The plaintiff has filed an application for appointment of counsel. "Appointment of

counsel in a civil case is not a constitutional right." Mekdeci v Merrell National

Laboratories, 711 F.2d 1510,1522 (11th Cir. 1983). "It is a privilege that is justified only by

exceptional circumstances." Lopez v Reyes, 692 F.2d 15, 17 (5th Cir. 1982).  Wahl v

McIver, 733 F.2d 1169, 1174 (11th Cir. 1985). In determining whether "exceptional

circumstances" exist, courts have examined "the type of case and the abilities of the

plaintiff to represent himself."  Archie v Christian, 812 F.2d 250, 253 (5th Cir. 1987); *see*

*also* Poindexter v FBI, 737 F.2d 1173, 1185 (D.C. Cir. 1984).  This generally involves a

determination of the "complexity of the factual and legal issues involved." Cookish v

Cunningham, 787 F.2d 1,3 (1st Cir. 1986).

At this point in time, based upon the fillings in this case, this court is unable to

determine whether or not the plaintiff has the capability to represent herself, and to the

Dockets.Justia.com

complexity of the factual and legal issues involved.

Therefore, plaintiff's application for appointment of counsel is **DENIED WITHOUT PREJUDICE.**


                         s/John Corbett O'Meara
                         John Corbett O'Meara
                         United States District Judge

Dated:  March 27, 2006

(2)