UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THEODORA R. BROWN,

    Plaintiff,                                                      Case No. 06-11193

v.                                                       Honorable John Corbett O'Meara

DTE ENERGY COMPANY,

    Defendant.

                                                    /

## ORDER OF DISMISSAL

    Plaintiff Theodora R. Brown filed this action against defendant DTE Energy Company on March 21, 2006, claiming that it was a bankruptcy appeal pursuant to 28 U.S.C. § 158. Although this court does have federal subject matter jurisdiction under that statute for appellate review of an order of the bankruptcy court, Plaintiff has failed to file an appeal of such an order. Therefore, this court lacks federal subject matter jurisdiction over this action.

    Accordingly, it is hereby **ORDERED** that this action is **DISMISSED.**


                                                     s/John Corbett O'Meara
                                                   United States District Judge


Dated: March 14, 2007


I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 14, 2007, by electronic or ordinary mail.

                                                   s/William Barkholz
                                                   Case Manager